**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ROBERT R. SPENCE, JR., ) | |
| ) | Civil Action No. 13 – 1081 |
| Petitioner, ) | |
| ) | |
| v. ) | Chief Magistrate Judge Lisa Pup Lenihan |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Respondent. ) | |

# ORDER

**AND NOW** this 6th day of August, 2013, and pursuant to Petitioner's Response to this Court's Order dated July 26, 2013, **IT IS HEREBY ORDERED** that the Clerk shall file Petitioner's Omnibus Habeas Corpus Motion in Petitioner's criminal case at Criminal Docket No. 2:09-cr-105 and **CLOSE** this case.

/s/ Lisa Pupo Lenihan
Lisa Pupo Lenihan
Chief United States Magistrate Judge

cc:  Robert R. Spence, Jr.
     6000 Woodlawn Boulevard
     Aliquippa, PA  15001
     *Via U.S. Postal Mail*

1