# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| ROBERT R. SPENCE, JR., | ) | |
| --- | --- | --- |
| | ) | Civil Action No. 13 – 1081 |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Chief Magistrate Judge Lisa Pup Lenihan |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

**AND NOW** this 6th day of August, 2013, and pursuant to Petitioner's Response to this Court's Order dated July 26, 2013, **IT IS HEREBY ORDERED** that the Clerk shall file Petitioner's Omnibus Habeas Corpus Motion in Petitioner's criminal case at Criminal Docket No. 2:09-cr-105 and **CLOSE** this case.

/s/ Lisa Pupo Lenihan
Lisa Pupo Lenihan
Chief United States Magistrate Judge

cc: Robert R. Spence, Jr.
6000 Woodlawn Boulevard
Aliquippa, PA 15001
*Via U.S. Postal Mail*